PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
3:17CR00005

**DOCKET NUMBER** *(Rec. Court)*
3:25-cr-00121 MMC

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**
Henry Barro
Northern District of California

FILED
May 07 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**DISTRICT**: Nevada
**DIVISION**: U.S. Probation Office
**NAME OF SENTENCING JUDGE**: Larry R. Hicks

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: 12/30/2024
TO: 12/29/2027

**OFFENSE**
18 U.S.C. § 922 (g)(1) & 924 (a)(2) Forfeiture - Felon in Possession of a Firearm

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Violation of supervision

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date: May 5, 2025

*signed* Howard D. McKibben
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date: May 6, 2025

*signed*
United States District Judge

1